```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 15960
   ROBERT E COZZI
   MARY COZZI                             CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

      Debtor
   SSN XXX-XX-0020      SSN XXX-XX-7959
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 12/04/06 and confirmed on 03/21/07.

    2.  The case was dismissed after confirmation, 11/02/2007.

    3.  The Debtor paid a total of $   1676.50 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| GE MONEY BANK | SECURED | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | .00 | .00 | .00 |
| MONTEREY FINANCIAL SVCS | SECURED | 550.00 | .00 | 60.00 |
| CHECK INTO CASH INC | UNSECURED | 598.22 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 469.06 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 469.53 | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 458.85 | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 415.64 | .00 | .00 |
| NUVELL CREDIT COMPANY LL | UNSECURED | 24038.89 | .00 | .00 |
| PAYDAY LOAN | UNSECURED | 417.47 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 549.25 | .00 | .00 |
| MONTEREY FINANCIAL SVCS | UNSECURED | 281.19 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

       Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 550.00 | .00 | 27698.10 | .00 | 28248.10 |
| PRINCIPAL PAID | 60.00 | .00 | .00 | .00 | 60.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 60.00 | .00 | .00 | .00 | 60.00 |

The Debtor's attorney, RICHARD E SEXNER              , was allowed $   2500.00
and was paid $     601.00   direct and $   1566.23   through the plan.

The Trustee received $      50.27 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/11/08                         /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                            PAGE   2
           CASE NO. 06 B 15960 ROBERT E COZZI & MARY COZZI